JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| Keitha P. Denson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UFI Transportation LLC,<br><br>　　　　Defendant. | 5:21-cv-00722-VAP-SHKx<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Pursuant to the Order Granting Defendant's Motion for Summary Judgment, entered under separate cover, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.  The Court orders that such judgment be entered.

　　**IT IS SO ORDERED.**

Dated:　2/25/22

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Judge